IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Whitfield, Cynthia A

Printed: 10/7/08

Case Number: 05 B 27152
Judge: Wedoff, Eugene R
Filed: 7/8/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 29, 2008
Confirmed: August 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,100.30 |  |
| Secured: |  | 3,923.93 |
| Unsecured: |  | 1,326.26 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 439.81 |
| Other Funds: |  | 0.30 |
| Totals: | 8,100.30 | 8,100.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Triad Financial Services | Secured | 3,923.93 | 3,923.93 |
| 3. | Debt Recovery Solutions | Unsecured | 7.19 | 16.08 |
| 4. | Triad Financial Services | Unsecured | 15.93 | 35.64 |
| 5. | Jefferson Capital | Unsecured | 122.84 | 274.87 |
| 6. | B-Line LLC | Unsecured | 14.81 | 33.14 |
| 7. | Capital One | Unsecured | 62.36 | 139.54 |
| 8. | Capital One | Unsecured | 94.10 | 210.54 |
| 9. | U.S. Department Of Education | Unsecured | 275.49 | 616.45 |
| 10. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 11. | Fbcs Inc | Unsecured |  | No Claim Filed |
| 12. | CCA | Unsecured |  | No Claim Filed |
| 13. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 14. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 15. | Van Ru Collection Agency | Unsecured |  | No Claim Filed |
| 16. | America One Comm. | Unsecured |  | No Claim Filed |
| 17. | MRSI | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 6,926.65 | $ 7,660.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 131.37 |
| 5% | 31.15 |
| 4.8% | 64.81 |
| 5.4% | 149.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Whitfield, Cynthia A | Case Number: 05 B 27152 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 7/8/05 |

                6.5%                62.71
                            _____
                            $ 439.81

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

